UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICKEY SOCRATES FERDYNAND,

     Plaintiff,                                              Case No. 23-10135

v.                                                              Honorable Nancy G. Edmunds

UNILEVER, *et al.*,

     Defendants.

_____/

**ORDER OF DISMISSAL**

On January 18, 2023, Plaintiff Mickey Socrates Ferdynand filed his pro se complaint against a number of parties in this Court. (ECF No. 1.) But Plaintiff failed to pay the filing fee or file an application seeking in forma pauperis standing at the time. On January 23, 2023, the Court issued an order requiring Plaintiff to do one or the other within ten days of the date of that order. (ECF No. 3.) Plaintiff was put on notice that failure to comply with the Court's order would result in the dismissal of this case.

To date, Plaintiff has not complied with the Court's order. Accordingly, Plaintiff's complaint is DISMISSED without prejudice.

SO ORDERED.

                      s/Nancy G. Edmunds
                      Nancy G. Edmunds
                      United States District Judge

Dated: February 8, 2023

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 8, 2023, by electronic and/or ordinary mail.

                      s/Lisa Bartlett
                      Case Manager